IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO RUIZ,<br>GUADALUPE RAMIREZ, a/k/a SHREK,<br>ROBERTO DURAN,<br>MICHAEL SHAWN HARRELL,<br>CARL McKINNEY,<br>EDUARDO GOMEZ,<br>SHANE ROSS,<br>DANNY MOORHEAD, and<br>SHANNON WATERS<br>Defendants. | SECOND SUPERSEDING<br>INDICTMENT<br><br>**S E A L E D**<br><br>4:24CR3010<br><br>INDICTMENT<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) and (b)(1)(A)<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>21 U.S.C. § 851<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C § 922(g)(1) and 924(a)(2)<br>18 U.S.C. § 2 |

The Grand Jury charges that

COUNT I
(Drug Conspiracy)

From on or about January 1, 2021, and continuing until a date unknown, but not earlier than January 1, 2022, in the District of Nebraska and elsewhere, defendants ALEJANDRO RUIZ, GUADALUPE RAMIREZ, a/k/a SHREK, MICHAEL SHAWN HARRELL, ROBERTO DURAN, CARL McKINNEY, EDUARDO GOMEZ, SHANE ROSS, DANNY MOORHEAD, and SHANNON WATERS knowingly and intentionally conspired with one another and others known and unknown to commit offenses against the United States, namely the distribution and possession with the intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Before GUADALUPE RAMIREZ, a/k/a SHREK, committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction for possession

1

with the intent to manufacture, distribute or deliver a controlled substance under Neb. Rev. Stat. § 28-416 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense to wit: in the District Court of Keith County, Nebraska at case number CR17-14 with a date of conviction of on or about July 31, 2017.

In violation of Title 21, United States Code, Section 851.

### COUNT II
(Distribution Of Methamphetamine)

On or about May 21, 2021, in the District of Nebraska, defendant GUADALUPE RAMIREZ, a/k/a SHREK, did knowingly and intentionally distribute fifty grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Before GUADALUPE RAMIREZ, a/k/a SHREK, committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction for possession with the intent to manufacture, distribute or deliver a controlled substance under Neb. Rev. Stat. § 28-416 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense to wit: in the District Court of Keith County, Nebraska at case number CR17-14 with a date of conviction of on or about July 31, 2017.

In violation of Title 21, United States Code, Section 851.

### COUNT III
(Distribution Of Methamphetamine)

On or about June 11, 2021, in the District of Nebraska, defendant ROBERTO DURAN did knowingly and intentionally distribute a mixture and substance containing a detectable

2

amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT IV
### (Distribution Of Methamphetamine)

On or about June 24, 2021, in the District of Nebraska, defendant MICHAEL SHAWN HARRELL did knowingly and intentionally distribute fifty grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT V
### (Distribution Of Methamphetamine)

On or about January 26, 2023, in the District of Nebraska, defendant EDUARDO GOMEZ did knowingly and intentionally distribute five grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT VI
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

From on or about February 18, 2021 until September 6, 2021, in the District of Nebraska and elsewhere, defendant GUADALUPE RAMIREZ, a/k/a SHREK, did knowingly use and carry firearms, to wit: a Remington 870, a Remington 770, and a handgun depicted in a "Facebook Live" video shared on February 18, 2021, during and in relation to, and did knowingly possess such firearms in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense(s) described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

3

## COUNT VII
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

From on or about February 1, 2021 through on or about August 31, 2021 in the District of Nebraska, defendant EDUARDO GOMEZ did knowingly use and carry a firearm, to wit: a Smith and Wesson 9mm handgun and a black handgun featured in the defendant's CashApp profile picture, during and in relation to, and did knowingly possess such firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense(s) described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT VIII
### (Possession of a Firearm by a Prohibited Person)

On or about January 6, 2021, in the District of Nebraska, Defendant MICHAEL SHAWN HARRELL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

Burglary, in violation of Neb. Rev. Stat. § 28-507 in the District Court of Dawson County, Nebraska at case number CR98-160 with a date of conviction of on or about April 2, 1999;

Possession of Burglar's Tools, in violation of Neb. Rev. Stat. § 28-508 in the District Court of Keith County, Nebraska at case number CR16-115 with a date of conviction of on or about November 17, 2017;

Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416 in the District Court of Keith County, Nebraska at case number CR17-27 with a date of conviction of on or about November 17, 2017;

4

Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416 in the

District Court of Keith County, Nebraska at case number CR21-23 with a date of

conviction of April 7, 2023.

did knowingly possess a Glock handgun, which had been shipped and transported in interstate

commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT IX
(Possession of a Firearm by a Prohibited Person)

On or about January 21, 2021, in the District of Nebraska, Defendant MICHAEL

SHAWN HARRELL, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, to wit:

Burglary, in violation of Neb. Rev. Stat. § 28-507 in the District Court of Dawson

County, Nebraska at case number CR98-160 with a date of conviction of on or about

April 2, 1999;

Possession of Burglar's Tools, in violation of Neb. Rev. Stat. § 28-508 in the District

Court of Keith County, Nebraska at case number CR16-115 with a date of conviction of

on or about November 17, 2017;

Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416 in the

District Court of Keith County, Nebraska at case number CR17-27 with a date of

conviction of on or about November 17, 2017;

Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416 in the

District Court of Keith County, Nebraska at case number CR21-23 with a date of

conviction of April 7, 2023.

did knowingly possess a firearm, to wit a Girsan 9mm handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT X
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

From on or about January 3, 2021 through on or about January 31, 2021, in the District of Nebraska, defendant MICHAEL SHAWN HARRELL did knowingly use and carry a firearm, to wit: a Glock and a Girsan 9mm handguns, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense(s) described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT XI
(Distribution Of Methamphetamine)

On or about July 28, 2022, in the District of Nebraska, defendant SHANE ROSS did knowingly and intentionally distribute five grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

Danielle Fliam #25658
Assistant United States Attorney

6