IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHANNON WATERS,

Defendant.

**EXHIBIT LIST**

Case No.    4:24CR3010
Deputy:     Nicki Wenzl
Reporter:   Digital Recorder
Date:       July 07, 2025

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-------|-------------|-----|-----|------|----------|------|
|  | X |  | Acceptance Letter from The Bridge, Inc. (found at ECF filing no. [412]-1) | X |  | X |  | 7/7/2025 |
|  | X |  | Restricted Evaluation (found at ECF filing no. [414]) | X |  | X |  | 7/7/2025 |
|  |  |  |  |  |  |  |  |  |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

1