IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANNON WATERS,<br><br>Defendants. | **4:24CR3010**<br><br><br>**ORDER TO DESTROY** |

Counsel for both the plaintiff and the defendant  notified the court on 6/9/2026 that they wish the following exhibits held by the court in this matter to be destroyed.


Defendant's Sentencing Exhibits 04/02/2026


Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

Dated this 9th day of June, 2026.


BY THE COURT:

s/ Susan M. Bazis
United States District Judge